Wednesday June 10, 2015

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUN 15 2015
TYLER TEXAS
CATHY S. LUSK, CLERK



RE: Appellate Record Request

This is a request to obtain copies of the appellate record in the following case:

LaQuita Davis v State of Texas
Case Number: 12-00-00310-CR.

If at all possible I would like copies of the records/transcripts of appeal/decision/PDR/memoranda/briefs etc.

Your assistance in this matter is greatly appreciated.

Very Truly Yours,

LaQuita B. Davis